B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Joel C Groshong**                       Case No.    **11-02179-KMS**

                            Debtor          Chapter               **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 4,745,045.00 | | |
| B - Personal Property | Yes | 4 | 216,399.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 5,588,667.41 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 477,349.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,706,895.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,585.79 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 4,961,444.17 | | |
| Total Liabilities | | | | 7,772,911.96 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re     Joel C Groshong
                                                          Debtor

Case No.     11-02179-KMS

Chapter                    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | |
| 4. Total from Schedule F | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Joel C Groshong**                                            Case No.    **11-02179-KMS**
                                                                ,
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling located at 17762 Mardee Avenue, Lake Oswego, OR 97035**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **175,000.00** | **113,138.15** |
| **Single Family Dwelling located at 2809 - 22nd Ave., Forest Grove, OR 97116**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **82,000.00** | **95,657.94** |
| **Duplex located at 2335 Sunset Drive, Forest Grove, OR 97116**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **124,765.00** | **189,038.82** |
| **Single Family Dwelling located at 1103 Elm St., Forest Grove, OR 97116**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **82,500.00** | **123,501.78** |
| **Lots located at 1105 and 1021 Elm St., Forest Grove, OR 97116; Warehouse on lot at 1021 Elm St.**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **400,000.00** | **0.00** |
| **24-Unit Apartment located at 1509 - 22nd Ave., Forest Grove, OR 97116**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **675,000.00** | **1,025,000.00** |

Sub-Total >    **1,539,265.00**    (Total of this page)

__2__    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joel C Groshong**                                          Case No.    **11-02179-KMS**
                                                    Debtor

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Condo located at 7045 Otter Crest Loop, #11, Otter Rock, OR 97369 | Fee simple | - | 83,820.00 | 127,582.55 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Single Family Dwelling located at 2517 - 26th Ave., Forest Grove, OR 97116 | Fee simple | - | 215,000.00 | 320,000.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Sea Crest Lot #50, Otter Rock, OR 97369 | Fee simple | - | 36,960.00 | 56,625.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Single Family Dwelling located at 624 - 24th Ave., Hillsboro, OR 97123 | Fee simple | - | 228,000.00 | 360,124.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Commercial Property located at 3127 Pacific Ave., Forest Grove, OR 97116 | Fee simple | - | 650,000.00 | 523,699.14 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Single Family Dwelling located at 1327 Primrose Lane, Forest Grove, OR 97116 | Fee simple | - | 206,000.00 | 313,000.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Single Family Dwelling located at 2347 Sunset Drive, Forest Grove, OR 97116 | Fee simple | - | 135,000.00 | 213,750.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| Triplex located at 2228 - 24th Ave., Forest Grove, OR 97116 | Fee simple | - | 175,000.00 | 144,400.00 |
| NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | | |
| | | Sub-Total > | 1,729,780.00 | (Total of this page) |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Joel C Groshong**                                                              Case No.    **11-02179-KMS**
                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Farm (Homestead) located at 2009 Temple Road, Magnolia, MS 39652**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **225,000.00** | **328,000.00** |
| **100-Unit Apartment Complex located at 1300 - 14th St., McComb, MS 39648**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **891,000.00** | **1,350,000.00** |
| **Single Family Dwelling located at 4737 Venus, New Orleans, LA 70122**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **90,000.00** | **150,000.00** |
| **Single Family Dwelling located at 4779 Venus, New Orleans, LA 70122**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | **Fee simple** | - | **90,000.00** | **150,000.00** |
| **Duplex Located at 4926 - 28 Arts St., New Orleans, LA 70122**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY<br>NOTE 2:  AMOUNT OF SECURED CLAIM ALSO INCLUDES DEBT OF RED DOOR PROPERTY MANAGEMENT, LLC, ON SINGLE FAMILY DWELLING AT 4760 VENUS IN NEW ORLEANS, LA & 10 PROPERTIES OWNED BY RED DOOR ALSO IN NEW ORLEANS | **Fee simple** | - | **90,000.00** | **1,612,952.59** |
| **Single Family Dwelling located at 4760 Venus, New Orleans, LA 70122**<br><br>NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY<br>NOTE 2:  AMOUNT OF SECURED CLAIM ALSO INCLUDES DEBT OF RED DOOR PROPERTY MANAGEMENT, LLC, ON DUPLEX AT 4926 - 28 ARTS ST. IN NEW ORLEANS, LA & 10 PROPERTIES OWNED BY RED DOOR ALSO IN NEW ORLEANS | **Fee simple** | - | **90,000.00** | **1,612,952.59** |

|  | Sub-Total > | **1,476,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,745,045.00** |  |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Joel C Groshong**                                                              ,        Case No. __**11-02179-KMS**__
_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account No. 2065 at Bank of the West | - | 1,157.00 |
| | | Checking Account No. 9767 at U S Bank | - | 67.74 |
| | | Checking Account No. 6693 at Regions Bank | - | 2,665.76 |
| | | Scottrade Brokerage House, #6060 | - | 1,533.45 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishingxs | - | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Shirts, Slacks, Jackets, Shoes, Boots | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $200,000 Whole Life Insurance Policy No. 6246 with Standard Insurance Company | - | 1,910.22 |
| | | $50,000 Whole Life Insurance Policy No. 1829 with Standard Insurance Company ($19,279.00 loan against policy) | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 10,834.17 |
| (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joel C Groshong**                                              Case No.    **11-02179-KMS**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 99% Ownership of Red Door Management, LLC | - | 0.00 |
| | | NOTE: RED DOOR MANAGEMENT, LLC HAS NO APPARENT MARKET VALUE, SINCE ITS DEBT OF APP. $1,600,000 ON ITS REAL PROPERTY IS THE SAME AS ITS VALUE | | |
| | | 100% Ownership of Fircones-Southgate, LLC | - | 12,220.00 |
| | | 100% Ownership of Fir Cones Limited | - | 128,000.00 |
| | | 100% Ownership of European Car Specialists, Inc. | - | 700.00 |
| | | 22-1/3% Ownership of Alpine Chalets, Inc. | - | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 425 Shares in Sunwest Rollover Member, LLC (SRM) | - | 42,500.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        183,520.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joel C Groshong**                                        Case No.   **11-02179-KMS**
_____,
                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible Claims against Americas Servicing Company, Division of Wells Fargo Bank, NA, for wrongful foreclosure of 07/22/10 on property located at 2025 Laural St., Forest Grove, OR 97116 | - | Unknown |
| | | Possible Claims against JP Morgan Chase Bank NA, for wrongful foreclosure of 08/15/10 on property located at 55279 Date St., Gaston, OR 97119 | - | Unknown |
| | | Possible claims under Fair Debt Collection Practices Act against Northwest Community Management and VialFotheringham LLP  HOA Law Center | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Tiffin Allegro Bay Motor Home | - | 7,500.00 |
| | | 1992 Chevrolet Pickup | - | 500.00 |
| | | 1992 Tiffin Motor Home | - | 3,500.00 |
| | | 1993 GMC Safari Van | - | 300.00 |
| | | 1994 BMW Sedan | - | 1,500.00 |
| | | 1997 Chevrolet Pickup | - | 500.00 |
| | | 1997 Geo Tracker | - | 1,500.00 |

                                                                Sub-Total >        15,300.00
                                                                (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joel C Groshong**                                          Case No. ___**11-02179-KMS**___
                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2000 GMC Safari Van** | - | **1,500.00** |
| | | **2006 - 5 x 10 Trailer** | - | **500.00** |
| 26. Boats, motors, and accessories. | | **Pond Boat** | - | **250.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, Printer, Fax Machine, Scanner, Desk, Chair, File Cabinet, etc.** | - | **895.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **5' Box Blade** | - | **125.00** |
| | | **Exmark Lazer Z 44"** | - | **1,000.00** |
| | | **Hay Spear** | - | **75.00** |
| | | **Woods 5' Bush Hog** | - | **400.00** |
| | | **John Deere 5200 Tractor** | - | **2,000.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **6,745.00** |
| (Total of this page) | |
| Total > | **216,399.17** |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6C (Official Form 6C) (4/10)

In re   __Joel C Groshong_____,     Case No.   __11-02179-KMS_____
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Farm (Homestead) located at 2009 Temple Road, Magnolia, MS 39652** **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | Miss. Code Ann. § 85-3-21 | 75,000.00 | 225,000.00 |
| **Household Goods and Furnishings** **Household Goods and Furnishingxs** | Miss. Code Ann. § 85-3-1(a) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** **Shirts, Slacks, Jackets, Shoes, Boots** | Miss. Code Ann. § 85-3-1(a) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **1993 Tiffin Allegro Bay Motor Home** | Miss. Code Ann. § 85-3-1(a) | 3,500.00 | 7,500.00 |
| **1994 BMW Sedan** | Miss. Code Ann. § 85-3-1(a) | 1,500.00 | 1,500.00 |
| **1997 Geo Tracker** | Miss. Code Ann. § 85-3-1(a) | 1,500.00 | 1,500.00 |
| **2000 GMC Safari Van** | Miss. Code Ann. § 85-3-1(a) | 1,500.00 | 1,500.00 |
| **Farming Equipment and Implements** **John Deere 5200 Tractor** | Miss. Code Ann. § 85-3-1(a) | 2,000.00 | 2,000.00 |

|  | Total: | 88,500.00 | 242,500.00 |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Joel C Groshong** _____ ,   Case No. __**11-02179-KMS**__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **0347**  Bank of America fka Countrywide Home P. O. Box 5170, SV314B Simi Valley, CA 93065 | - | | | | **First Mortgage**  **Single Family Dwelling located at 624 - 24th Ave., Hillsboro, OR 97123**  **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | | | X | | |
| | | | | | Value $          **228,000.00** | | | | 320,650.00 | 92,650.00 |
| Account No. **0348**  Bank of America fka Countrywide Home P. O. Box 5170, SV314B Simi Valley, CA 93065 | - | | | | **Second Mortgage**  **Single Family Dwelling located at 624 - 24th Ave., Hillsboro, OR 97123**  **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | | | X | | |
| | | | | | Value $          **228,000.00** | | | | 39,474.00 | 39,474.00 |
| Account No. **4095**  Bank of America fka Countrywide Home P. O. Box 5170, SV314B Simi Valley, CA 93065 | - | | | | **Triplex located at 2228 - 24th Ave., Forest Grove, OR 97116**  **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | | | X | | |
| | | | | | Value $          **175,000.00** | | | | 144,400.00 | 0.00 |
| Account No. **0348**  Bank of America fka Countrywide Home P. O. Box 5170, SV314B Simi Valley, CA 93065 | - | | | | **Farm (Homestead) located at 2009 Temple Road, Magnolia, MS 39652**  **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | | | X | | |
| | | | | | Value $          **225,000.00** | | | | 328,000.00 | 103,000.00 |
| | | | | | Subtotal (Total of this page) | | | | 832,524.00 | 235,124.00 |

__4__   continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re __Joel C Groshong_____,    Case No. __11-02179-KMS__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Barbara Groshong <br> 11017 Henderson <br> Portland, OR 97266 | | - | **First Mortgage** <br><br> **Commercial Property located at 3127 Pacific Ave., Forest Grove, OR 97116** <br><br> **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** <br> Value $           650,000.00 | | | | 423,699.14 | 0.00 |
| Account No. <br><br> Carolyn Vanderpool <br> 3140 SW Carson St. <br> Portland, OR 97219-3765 | | - | **Second Mortgage** <br><br> **Commercial Property located at 3127 Pacific Ave., Forest Grove, OR 97116** <br><br> **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** <br> Value $           650,000.00 | | | | 100,000.00 | 0.00 |
| Account No. 5887 <br><br> Citizens Bank <br> P. O. Box 350 <br> Magnolia, MS 39652 | | | **Purchase Money Security** <br><br> **1993 Tiffin Allegro Bay Motor Home** <br><br> Value $             7,500.00 | | | | 5,150.03 | 0.00 |
| Account No. 0813 <br><br> EMC Mortgage Corp. <br> Branch of JP Morgan Ch <br> P. O. Box 293150 <br> Lewisville, TX 75029-3150 | | - | **Single Family Dwelling located at 2347 Sunset Drive, Forest Grove, OR 97116** <br><br> **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** <br> Value $           135,000.00 | | | X | 213,750.00 | 78,750.00 |
| Account No. 2582 and/or 0313 <br><br> Indymac Mortgage Svcs <br> P. O. Box 4045 <br> Kalamazoo, MI 49003-4045 | | - | **Single Family Dwelling located at 1103 Elm St., Forest Grove, OR 97116** <br><br> **NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** <br> Value $            82,500.00 | | | X | 123,501.78 | 41,001.78 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    866,100.95    119,751.78

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Joel C Groshong__ _____,
                              Debtor

Case No. __11-02179-KMS__ _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2827<br><br>Indymac Mortgage Svcs<br>P. O. Box 4045<br>Kalamazoo, MI 49003-4045 | - | | Single Family Dwelling located at 4779 Venus, New Orleans, LA 70122<br><br>NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | Value $              90,000.00 | | | | 150,000.00 | 60,000.00 |
| Account No. 1143<br><br>JP Morgan Chase Bank<br>3415 Vision Drive<br>Mail Code OH47302<br>Columbus, OH 43219 | - | | 05/19/99<br>Deed of Trust<br>Single Family Dwelling located at 17762 Mardee Avenue, Lake Oswego, OR 97035<br>NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | Value $             175,000.00 | | | | 113,138.15 | 0.00 |
| Account No. 1109<br><br>JP Morgan Chase Bank<br>3415 Vision Drive<br>Mail Code OH47302<br>Columbus, OH 43219 | - | | 06/30/04<br>Deed of Trust<br>Single Family Dwelling located at 2809 - 22nd Ave., Forest Grove, OR 97116<br>NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | Value $              82,000.00 | | | | 95,657.94 | 13,657.94 |
| Account No. 5145<br><br>JP Morgan Chase Bank<br>3415 Vision Drive<br>Mail Code OH47302<br>Columbus, OH 43219 | - | | Duplex located at 2335 Sunset Drive, Forest Grove, OR 97116<br><br>NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | Value $             124,765.00 | | | | 189,038.82 | 64,273.82 |
| Account No. 8079<br><br>JP Morgan Chase Bank<br>3415 Vision Drive<br>Mail Code OH47302<br>Columbus, OH 43219 | - | | Single Family Condo located at 7045 Otter Crest Loop, #11, Otter Rock, OR 97369<br><br>NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | Value $              83,820.00 | | | | 127,582.55 | 43,762.55 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 675,417.46 | 181,694.31 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joel C Groshong**                                    Case No.    **11-02179-KMS**
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. 9228 | | | | Single Family Dwelling located at 1327 Primrose Lane, Forest Grove, OR 97116 | | | | | |
| JP Morgan Chase Bank 3415 Vision Drive Mail Code OH47302 Columbus, OH 43219 | | | - | NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | | Value $        206,000.00 | | | | 313,000.00 | 107,000.00 |
| Account No. 4000 | | | | Single Family Dwelling located at 4737 Venus, New Orleans, LA 70122 | | | | | |
| JP Morgan Chase Bank 3415 Vision Drive Mail Code OH47302 Columbus, OH 43219 | | | - | NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | | Value $         90,000.00 | | | | 150,000.00 | 60,000.00 |
| Account No. 7564 | | | | 100-Unit Apartment Complex located at 1300 - 14th St., McComb, MS 39648 | | | | | |
| Midland Loan Servicing Credit Services P. O. Box 25965 Shawnee Mission, KS 66225-5965 | | | - | NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | | Value $        891,000.00 | | | | 1,350,000.00 | 459,000.00 |
| Account No. 3673 | | | | Sea Crest Lot #50, Otter Rock, OR 97369 | | | | | |
| Ralph C. Shivers c/o NoteWorld Servicin P. O. Box 34452 Seattle, WA 98124-1452 | | | - | NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | | Value $         36,960.00 | | | | 56,625.00 | 19,665.00 |
| Account No. 0124 | | | | 24-Unit Apartment located at 1509 - 22nd Ave., Forest Grove, OR 97116 | | | | | |
| Wells Fargo Bank N.A. Dept. 1015, 10th Ave. Minneapolis, MN 55414 | | | - | NOTE:  LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY | | | X | | |
| | | | | Value $        675,000.00 | | | | 1,025,000.00 | 350,000.00 |

Sheet  **3**   of  **4**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **2,894,625.00**    **995,665.00**

B6D (Official Form 6D) (12/07) - Cont.

In re __Joel C Groshong_____,     Case No. __11-02179-KMS_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No. 7414**<br><br>**Wells Fargo Bank N.A.**<br>**Dept. 1015, 10th Ave.**<br>**Minneapolis, MN 55414** | - | Single Family Dwelling located at 2517 - 26th Ave., Forest Grove, OR 97116<br><br>**NOTE: LISTED MARKET VALUE IS LIQUIDATION VALUE ONLY** | | | | | X | | |
| | | Value $                215,000.00 | | | | | | 320,000.00 | 105,000.00 |
| Account No. | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | Value $ | | | | | | | |
| Account No. | | | | | | | | | |
| | | Value $ | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 320,000.00 | 105,000.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 5,588,667.41 | 1,637,235.09 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re   **Joel C Groshong**
_____,
                              Debtor

Case No. __**11-02179-KMS**_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case claims to be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

____2____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Joel C Groshong                                     Case No.    11-02179-KMS
_____ ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Domestic Support Obligations
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Barbara Groshong** **11017 Henderson** **Portland, OR 97266** | | | | | | | 423,699.14 | 0.00 | 423,699.14 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1   of  2    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    423,699.14    |  0.00
                                       |  423,699.14

B6E (Official Form 6E) (4/10) - Cont.

In re   Joel C Groshong
                                                    Case No.   11-02179-KMS
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lincoln Co Tax Assessr <br> 225 W. Olive St. <br> Newport, OR 97365 | | | Ad Valorem Taxes on Sea Crest Lot #50, Otter Rock, OR 97369 | | | | 4,996.04 | 0.00 | 4,996.04 |
| Account No. 9325, 34, 43, 52, 70 & 9649 <br><br> Washington Co Tax Assessor <br> P. O. Box 3587 <br> Portland, OR 97208-3587 | | | Ad Valorem Taxes | | | | 48,654.01 | 48,654.01 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 53,650.05 | 48,654.01 <br> 4,996.04 |
| Total <br> (Report on Summary of Schedules) | 477,349.19 | 48,654.01 <br> 428,695.18 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Joel C Groshong**                                                           Case No.    **11-02179-KMS**
_____ ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **America Servicing Co.** <br> **P. O. Box 10388** <br> **Des Moines, IA 50306-0388** | | | **Deficiency, if any, remaining from 07/22/10 foreclosure of property located at 2025 Laural St., Forest Grove, OR 97116** | | | X | **Unknown** |
| Account No. **4669** <br><br> **Capital One** <br> **c/o Portfolio Recovery** <br> **P. O. Box 12914** <br> **Norfork, VA 23541** | | | **Credit Card** | | | X | **22,864.20** |
| Account No. **7071** <br><br> **Capital One** <br> **c/o LVNV funding LLC** <br> **P. O. Box 10466** <br> **Greenville, SC 29603** | | | **Credit Card** | | | X | **5,103.76** |
| Account No. **0772 and/or 6527** <br><br> **Chase Bank** <br> **c/o Midland Credit Mgmt** <br> **8875 Aero Drive, #200** <br> **San Diego, CA 92123** | | | **Credit Card** | | | X | **5,830.28** |
| | | | | | Subtotal <br> (Total of this page) | | **33,798.24** |

_**2**_   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    Joel C Groshong                                    Case No.    **11-02179-KMS**
                                   ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3588 | | | | Credit Card | | | | |
| CitiBank c/o Midland Credit Mgm P. O. Box 939019 San Diego, CA 92193-9019 | | - | | | | | X | 33,526.52 |
| Account No. 5412, 1702 & 0547 | | | | Personal guaranty of 3 loans of Red Door Property Management, LLC, secured by real property located in New Orleans, LA | | | | |
| First American Bank & P. O. Box 550 Vacherie, LA 70090-0550 | X | - | | | | | X | 1,612,952.59 |
| Account No. 6275-000 | | | | Legal Services Received | | | | |
| Greene and Markley PC 1515 SW 5th Ave. Portland, OR 97201 | | | | | | | | 26,618.01 |
| Account No. | | | | Deficiency, if any, remaining from 08/15/10 foreclosure of property located at 55279 Date St., Gaston, OR 97119 | | | | |
| JP Morgan Chase Bank 3415 Vision Drive Mail Code OH47302 Columbus, OH 43219 | | - | | | | | X | Unknown |
| Account No. | | | | Judgment proposed in Sea Crest Homeowners Association, an Oregon non-profit corporation, vs. Joel Groshong; Case No.100641, suit filed in Circuit Court, Lincoln C., Oregon | | | | |
| Sea Crest HOA c/o Northwest Community Mgmt P. O. Box 23099 Tigard, OR 97281 | | | | | | | X | Unknown |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,673,097.12**

B6F (Official Form 6F) (12/07) - Cont.

In re      Joel C Groshong                                                     Case No.    11-02179-KMS
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Judgment for attorney's fees proposed in Sea Crest Homeowners Association, an Oregon non-profit corporation, vs. Joel Groshong; Case No.100641, suit filed in Circuit Court, Lincoln C., Oregon | | | X | |
| VialFotheringham LLP HOA Law Center 700 SW Varnes St Portland Oregon  97223 | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no.  2    of  2    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 1,706,895.36 |

B6G (Official Form 6G) (12/07)

In re   **Joel C Groshong**                                 Case No.   **11-02179-KMS**

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Red Door Property Mgmt**<br>**2009 Temple Rd.**<br>**Magnolia, MS 39652** | **Lease of office space at 2009 Temple Rd., Magnolia, MS; Lessor** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Joel C Groshong**                                                              Case No.    **11-02179-KMS**
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Red Door Property Mgmt**<br>**2009 Temple Rd.**<br>**Magnolia, MS 39652** | **First American Bank &**<br>**P. O. Box 550**<br>**Vacherie, LA 70090-0550** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Joel C Groshong** _____  Case No.  **11-02179-KMS** _____

_____ Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Property Management** | |
| Name of Employer | **Self-Employed Business Owner** | |
| How long employed | | |
| Address of Employer | **(Fircones, Ltd.; Fircones-Southgate, LLC; European Car Specialists, Inc; Red Door Property Management, LLC)** | |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **8,000.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **8,000.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **8,000.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **8,000.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **8,000.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Joel C Groshong**          Case No. **11-02179-KMS**
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,232.44 |
| a. Are real estate taxes included? | Yes **X**   No ___ | |
| b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities: | a. Electricity and heating fuel | $ 400.00 |
| | b. Water and sewer | $ 0.00 |
| | c. Telephone | $ 90.42 |
| | d. Other **Satellite** | $ 92.68 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 900.00 |
| 5. Clothing | | $ 220.00 |
| 6. Laundry and dry cleaning | | $ 45.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 200.00 |
| 10. Charitable contributions | | $ 110.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| | a. Homeowner's or renter's | $ 222.88 |
| | b. Life | $ 0.00 |
| | c. Health | $ 269.62 |
| | d. Auto | $ 0.00 |
| | e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| | a. Auto | $ 0.00 |
| | b. Other **See Detailed Expense Attachment** | $ 870.75 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 32.00 |
| 17. Other **Pest Control Service** | | $ 850.00 |
| Other **Expenses for Dogs** | | |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 7,585.79 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,000.00 |
| b. | Average monthly expenses from Line 18 above | $ 7,585.79 |
| c. | Monthly net income (a. minus b.) | $ 414.21 |

B6J (Official Form 6J) (12/07)

In re   Joel C Groshong _____     Case No.   11-02179-KMS _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| Credit Card (Companion's) | $ 200.00 |
| Credit Card (Companion's) | $ 150.00 |
| Credit Card (Companion's) | $ 150.00 |
| Citizens Bank (for '93 Motor Home) | $ 370.75 |
| **Total Other Installment Payments** | $ 870.75 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Southern District of Mississippi

In re   Joel C Groshong                               Case No.   11-02179-KMS
                                        Debtor(s)          Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    7-26-2011        Signature    /s/ Joel C Groshong

                                           Joel C Groshong
                                           Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy