United States Bankruptcy Court
Southern District of Mississippi

| IN RE: | CHAPTER 11 |
|---|---|
| | 11-02179-KMS |
| JOEL C GROSHONG, DEBTOR | POC AMOUNT: $120,440.99 |
| **NOTICE OF TRANSFER OF CLAIM AND TRANSFEREE NOTICE OF TRANSFER OF PAYMENTS** | |

Ocwen Loan Servicing, LLC (the "Purchaser/Transferee/Assignee") does hereby provide notice to the Court that is has accepted the transfer of the mortgage loan in the plan for the above referenced debtor from OneWest Bank, FSB.

Purchaser/Transferee/Assignee hereby requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties of interest.

The original Proof of Claim may have been filed under the following name(s):
OneWest Bank, FSB – **Claim 21-1**

| CORRESPONDENCE | DISBURSEMENTS |
|---|---|
| Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC |
| Attn: Bankruptcy Department | Attn: Cashiering Department |
| 1661 Worthington Road, Suite 100 | P.O. Box 24781 |
| West Palm Beach, FL 33409 | West Palm Beach, FL 33416-4781 |
| Loan No. XXXXXX0915 | Loan No. XXXXXX0915 |

Dated: November 8, 2013

BY: /s/Evan J. Lundy
Transferee / Transferee's Agent

Prepared by:
Shapiro & Massey, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone: (601)981-9299
Facsimile: (601)981-9288
S&M File No. 11-003077

## CERTIFICATE OF SERVICE

I, Evan J. Lundy, of the firm of Shapiro & Massey, LLC, do hereby certify that I have this date provided a copy of the foregoing Transfer of Claim either by electronic case filing or by United States mail postage pre-paid to the following:

Craig M. Geno, Attorney for Debtor
cmgeno@hjglawfirm.com

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Joel C Groshong
1103 Elm St.
Forest Grove, OR 97116

Dated: November 14, 2013

                                                    Respectfully submitted
                                                   SHAPIRO & MASSEY, LLC


                                                  /s/ Evan J. Lundy
                                                      Evan J. Lundy

Presented by:
J. Gary Massey, MSB #1920
Evan J. Lundy, MSB# 103044
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No: (601)981-9299
Facsimile No. (601)981-9762
E-mail:  msbankruptcy@logs.com
BK Case No. 11-02179-KMS