# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     JOEL C. GROSHONG                                                  CHAPTER 11
            Debtor                                                           CASE NO. 11-02179-KMS

## MOTION FOR DISCHARGE

COMES NOW Parker McCurley (the "Debtor" or "Movant"), and files this his Motion for Discharge (the "Motion"), and in support hereof, would respectfully show as following, to-wit:

1. On June 20, 2011, the Debtor herein filed with this Court his original petition for reorganization under Chapter 11 of the Bankruptcy Code. Subsequent thereto, Movant achieved confirmation of his Fourth Amended Plan of Reorganization (the "Plan") by virtue of an Order entered on July 29, 2013 [DK #591].

2. Movant has filed his Motion to Approve Final Accounting [DK #1059], and has uploaded a separate order, but it has not been entered yet.

3. Movant has also filed and noticed his Motion to Close [DK #1062] and has uploaded a separate order, but it has not been entered yet.

4. Debtor has completed all of the requirements of his Plan of Reorganization and more than five years have passed since the Plan was confirmed by Order.

5. Accordingly, Debtor is entitled to receive his discharge at the present time and Debtor moves the Court for an order granting his discharge.

6. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that upon a hearing hereof this Honorable Court will enter its Order awarding the Debtor his discharge under Chapter 11 of the Bankruptcy Code. The Debtor prays for general relief.

This, the \_\_\_10th\_\_\_ day of October, 2019.

                Respectfully submitted,

                JOEL C. GROSHONG

                By His Attorneys,

                LAW OFFICES OF CRAIG M. GENO, PLLC

                By: _____
                      Craig M. Geno

OF COUNSEL:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Groshong\Red Door\Groshong, Joel\Pleadings\Mot for Discharge 10-7-19.wpd

## CERTIFICATE OF SERVICE

    I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and U.S. Mail, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.j.steiskal@usdoj.gov

THIS, the \_\_\_10th\_\_\_ day of October, 2019.

                _____
                Craig M. Geno