SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 25, 2020

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Joel C. Groshong,                             **CASE NO: 11-02179 KMS**

         **DEBTOR(S).**                                   **CHAPTER 11**

Amanda Beckett, Esq.
Craig M. Geno, Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 30, 2020, at 1:30 p.m. in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on March 5, 2020, on the Motion for Discharge filed by the Debtor (Dkt. #1065) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##